**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ENTERGY ARKANSAS INC.,
ENTERGY POWER LLC**                                                       **PLAINTIFFS**

v.                       **CASE NO. 2:12CV00015 BSM**

**MARQUETTE TRANSPORTATION
CO. LLC, et al.**                                                             **DEFENDANTS**

## **ORDER**

The parties' joint motion to dismiss [Doc. No. 30] is granted. Accordingly, this case is hereby dismissed with prejudice, with each side to bear its own costs.

IT IS SO ORDERED this 25th day of September 2014.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE