IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ENTERGY ARKANSAS INC.,**
**ENTERGY POWER LLC**                                                          **PLAINTIFFS**

**v.**                        **CASE NO. 2:12CV00015 BSM**

**MARQUETTE TRANSPORTATION**
**CO. LLC, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE